UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00164-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL RAY AFINIDAD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, July 19, 2023 at 9:00 a.m., be vacated and continued to August 16, 2023 at the hour of 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 18 day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3