## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL RAY AFINIDAD,<br><br>    Defendant. | Case No. 2:23-mj-00164-VCF-1<br><br>**Order** |

IT IS THEREFORE ORDERED the defendant having completed all the conditions of probation, that Defendant's guilty plea to Count 1 is WITHDRAWN.

IT IS FURTHER ORDERED that Count 1 of the Complaint is hereby AMENDED to a charge of Reckless Driving. Defendant pleads GUILTY to Amended Count 1 and the sentence imposed remains the same.

Dated this 17th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE